# EXHIBIT A
(Letter of February 11, 2005)

# CARE Hawaii, Inc
# ICM Team

677 Ala Moana Blvd, Suite 620
Honolulu, HI 96813
Phone: (808) 536-0064 Fax: (808) 479-7492


To: Judge Ezra Federal Court

CC: Loretta Faymonville Attorney

Jeffrey Quinlann has been my client since November when he was transferred from the ACT Team to a lower level of care to the ICM Team. During this period that I have followed Jeffrey, He has shown exemplary effort in keeping his appointments and remaining stable. Jeffrey is currently taking his medications on his own without reminders from the staff or myself. Jeffery refills his own medications without assistance from staff at the group home or myself. Jeffery is a positive model for his peers and for others. Jeffery has shown me he is stable and voices positive understanding of his mental illness. I recommend that Jeffrey stay with ICM for a period of six months for ensured compliance and transfer to Independence living. Any questions please do not hesitate to contact me.

Paul A. Weyman CM/ICM