# EXHIBIT B
(Letter of May 2, 2006)

May 2, 2006

# CARE Hawaii, Inc.
# ICM Team

677 Ala Moana Boulevard, Suite# 620
Honolulu, HI 96813
Phone: (808) 536-0064 Fax: (808) 792-6490

To: Federal Judge Presiding

From: Paul Weyman/ Case Manager ICM Team

CC: Lisa Jicha Probation/Loretta Famitville Attorney

Subject: Jeffrey Quinlann

Mr. Quinlann is in compliance with his treatment and he attends appointments with his current psychiatrist Dr. Geil at Central Oahu Mental Health in Pearl City. Mr. Quinlann has done well receiving his psychotropic medications and maintaining his mental stability. Jeffrey Quinlann has been an outstanding client and one of my highest functioning. Mr. Quinlann has spoken to me about early release from probation. I agree and support Mr. Quinlann in this request. If you have any questions please do not hesitate to contact me.

Regards,

Paul Weyman CM/ICM
Phone# 227-5945