Prob 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at 4 o'clock and 45 min P
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                    Criminal No. CR 00-00485DAE-01

JEFFREY PATRICK QUINLAN

On 10/31/2003, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 31 months of supervision.

Respectfully submitted,

_____
LISA K.T. JICHA
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 11th day of May, 2006.

_____
DAVID ALAN EZRA
U.S. District Judge